# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRUSTEES AND FIDUCIARIES OF THE IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY) BENEFIT AND PENSION PLANS, et al.,** *Plaintiffs,* | : : : : : : : : | **CIVIL ACTION** |
| v. | : : | No.    24-cv-00814 |
| **PENN UNION FENCE & IRONWORKS, et al.,** *Defendants.* | : : : : | |

## FINAL ORDER AND JUDGMENT

**AND NOW**, this **20th** day of **June 2024**, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that judgment is entered in favor of Plaintiffs and against Defendants as to Counts I and II of Plaintiffs' Complaint (ECF No. 1). It is further **ORDERED** that Plaintiff is awarded the following damages:

1. $32,616.22 in unpaid contributions;
2. $3,414.71 in interest payments as of May 6, 2024, and accruing at a rate of 18% annually;
3. $3,261.62 in liquidated damages; and
4. $3,699.20 in attorneys' fees and costs.

The Clerk of Court is directed to CLOSE the above-captioned case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**